**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| YOLANDA LEWIS, ET AL., | : | Case No.: 1:24-cv-519 |
| | : | |
| Plaintiffs, | : | Judge Susan J. Dlott |
| | : | |
| v. | : | **CITY DEFENDANTS' UNOPPOSED** |
| | : | **MOTION TO FILE UNREDACTED** |
| CITY OF CINCINNATI, ET AL., | : | **BODYWORN CAMERA VIDEO** |
| | : | **UNDER SEAL, WITH PROPOSED** |
| Defendants. | : | **ORDER ATTACHED** |

Defendants City of Cincinnati, Richard Longworth, Thomas Mendenhall, Adrian Miller, and Jacob Hughes (collectively "City Defendants"), by and through counsel, respectfully request that the Court grant them leave to file under seal any unredacted Bodyworn Camera ("BWC") video files produced among the parties in this action. Pursuant to Local Rule 5.2.1, there is good cause to file such records under seal. While there is a strong presumption favoring making records generally available to the public, *Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 305 (6th Cir. 2016), the Sixth Circuit Court of Appeals has noted that "[t]he court routinely seals records" to, among other things, "protect the privacy interests of innocent third parties." *S.C. v. Metro. Gov't of Nashville*, Nos. 22-5104, 22-5125, 2022 U.S. App. LEXIS 34760, at *2 (6th Cir. Dec. 15, 2022) (citing *Shane Grp.* at 308).  In addition, "[p]rotecting the sensitive and personally identifying information of minor non-party [individuals] provides a compelling reason for nondisclosure." *Doe v. Plymouth-Canton Cmty. Schs*, No. 19-10166, 2021 U.S. Dist. LEXIS 229460, at *3-4 (E.D. Mich. Jan. 12, 2021).

In this case, there are a number of unredacted BWC video files directly bearing on Plaintiffs' claims arising out of an arrest of a minor child. In their unredacted format, the video files disclose personally identifying information pertaining to minor third-party children. In their

redacted format, this information is obscured and thus protected from public disclosure. The redaction of the identities of these persons is consistent with the holdings of this Court.

In keeping with this Court's Standing Order On Civil Procedures, and because "the seal itself must be narrowly tailored to serve that reason," City Defendants propose that whenever any such videos are filed, a second set of redacted video, otherwise identical, shall be filed in accordance with the Court's established procedures and direction. See *Shane Grp.* at 305 (further citation omitted). Counsel for the parties have conferred on this issue, and this motion is unopposed. A proposed order is attached.

Respectfully submitted,

**EMILY SMART WOERNER (0089439)**
**CITY SOLICITOR**

| | |
|---|---|
| */s/ Shuva J. Paul* | */s/ Kimberly A. Rutowski* |
| Shuva J. Paul (0088484) | Kimberly A. Rutowski (0076653) |
| Matthew J. Slovin (0102029) | LAZARUS & LAWSON, LLC |
| Assistant City Solicitors | The Huntington Center |
| 801 Plum Street, Suite 214 | 525 Vine Street, Suite 2210 |
| Cincinnati, Ohio 45202 | Cincinnati, Ohio 45202 |
| Phone: (513) 352-4551 | Phone: (513) 721-7300 |
| Email: shuva.paul@cincinnati-oh.gov | Email: krutowski@hllmlaw.com |
| Email: matthew.slovin@cincinnati-oh.gov | *Special counsel for officers in their individual* |
| *Trial counsel for City Defendants* | *capacity* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 8th 2026 a true and accurate copy of the foregoing, along with the accompanying Proposed Order, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Shuva J. Paul*
Shuva J. Paul (0088484)