# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO WESTERN DIVISION

| | | |
|---|---|---|
| YOLANDA LEWIS, ET AL., | : | Case No.: 1:24-cv-519 |
| | : | |
| Plaintiff, | : | Judge Susan J. Dlott |
| | : | |
| v. | : | |
| | : | **ORDER GRANTING MOTION TO** |
| CITY OF CINCINNATI, ET AL., | : | **FILE UNREDACTED BODYWORN** |
| | : | **CAMERA VIDEO UNDER SEAL** |
| Defendants. | : | |

Upon good cause shown, the unopposed motion to file unredacted bodyworn camera ("BWC") video files under seal, filed by Defendants City of Cincinnati, Richard Longworth, Thomas Mendenhall, Adrian Miller, and Jacob Hughes (collectively "City Defendants"), is granted. City Defendants shall verify with the Court the specific filing procedure to be used. Along with filing a complete set of unredacted BWC video files under seal, City Defendants shall file a second complete set of redacted video files.

**IT IS SO ORDERED.**

_____
Date

_____
Hon. Susan J. Dlott
United States District Judge